E. MARTIN ESTRADA  
United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
GERALYN GULSETH  
Special Assistant United States Attorney  
    6401 Security Blvd.  
    Baltimore, MD 21235  
    San Francisco, CA 94105  
    Telephone: 510-970-4819  
    e-mail: Geralyn.Gulseth@ssa.gov  
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER PASEK,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 8:23-cv-01067-SP<br><br>JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 21, 2023

                                  HON. SHERI PYM  
                                  UNITED STATES MAGISTRATE JUDGE