1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for Jennifer Pasek

8

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA

11
   JENNIFER PASEK,                ) No. 8:23-cv-01067-SP
12                                )
13      Plaintiff,                ) **ORDER AWARDING EQUAL**
                                  ) **ACCESS TO JUSTICE ACT**
14      v.                        ) **ATTORNEY FEES AND COSTS**
15                                )
   KILOLO KIJAKAZI, Acting        )
16 Commissioner of Social Security,)
17                                )
        Defendant.                )
18                                )
   _____ )
19
        Based upon the parties' Stipulation for Award and Payment of Attorney
20
   Fees:
21
        IT IS ORDERED that the Commissioner shall pay attorney fees and
22
23 expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in

24 the amount of SEVEN HUNDRED FORTY-EIGHT DOLLARS and THIRTY-

25 SEVEN CENTS ($748.37), and costs under 28 U.S.C. § 1920, in the amount of
   / / /
26
   / / /
27
   / / /
28

1

FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of the above-referenced Stipulation.

Dated: September 18, 2023



_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE